**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEFINA RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>GFII DVI CARDEL WOOD DALE, LLC d/b/a COURTYARD MARRIOTT WOOD DALE and DRIFTWOOD HOSPITALITY MANAGEMENT, LLC,<br><br>      Defendants. | Case No.17-CV-6832<br><br>**Judge Jorge L. Alonso** |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, having reviewed the materials submitted by the parties, the Court finds the settlement of this matter to be a fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. The Court approves this settlement and grants the parties' Joint Motion for Approval of Settlement. Defendants shall tender payment and Plaintiffs shall dismiss this action with prejudice pursuant to the schedule agreed upon by the parties and reflected in Paragraphs 1 and 2 of the Settlement Agreement.

ENTERED:

4/4/18

                                          Jorge L. Alonso
                                          United States District Judge